ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/12/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATALIA ORLOVA D/B/A STP GOODS AND
GLOBAL TRADE HOUSE, INC.,

                         Plaintiff,

   - against -

STPGoods Shop,

                         Defendant.

23 Civ. 3198 (LLS)

**ORDER**

    Plaintiff Natalia Orlova d/b/a STP Goods and Global Trade House, Inc. ("Orlova") moves pursuant to Federal Rule of Civil Procedure 55(b)(2) for a default judgment against defendant STPGoods Shop, asserting a claim of trademark infringement. The motion is denied without prejudice for failure to comply with SDNY Local Rule 55.2(c), which requires Orlova to mail a copy of all papers submitted to the Court in support of its motion for default judgment to STPGoods Shop and to file proof of that mailing with the Court, unless otherwise ordered by the Court.

    So Ordered.

Dated:    New York, New York
            May 12, 2023

                                         *Louis L. Stanton*
                                          LOUIS L. STANTON
                                              U.S.D.J.